IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10164
Conference Calendar
_____


RODNEY GLEN RICE,

                                    Plaintiff-Appellant,

versus

JURADO; STATE OF TEXAS,

                                    Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:95-CV-245
- - - - - - - - - -
June 26, 1996

Before HIGGINBOTHAM, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     Rodney Glen Rice, prisoner #669372, appeals the district court's dismissal, pursuant to 28 U.S.C. § 1915(d), of his 42 U.S.C. § 1983 action against the State of Texas and Jurado, the prison library supervisor.  Rice contends that Jurado violated his constitutional right of access to the court by scheduling him for library usage at times that conflicted partially with Rice's class and other supervised activities.

_____

     [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

We have examined Rice's arguments and the record and find no error in the reasons adopted by the district court.  Rice v. Jurado, No. 2:95-CV-245 (N.D. Tex. Jan. 20, 1996).  Rice's appeal is dismissed as frivolous.  5th Cir. R. 42.2.

We caution Rice that any additional frivolous appeals filed by him will invite the imposition of sanctions.  To avoid sanctions, Rice is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous because they have been previously decided by this court.

APPEAL DISMISSED; SANCTION WARNING ISSUED.